

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-13-00640-CV

**IN RE IBEX STAFFING SOLUTIONS, INC.** and Pronto Insurance

Original Mandamus Proceeding[1]

**ORDER**

Sitting:         Catherine Stone, Chief Justice
                     Sandee Bryan Marion, Justice
                     Marialyn Barnard, Justice

On September 20, 2013, relators filed a petition for writ of mandamus. The petition complains of a July 5, 2013 order granting plaintiff's motion for new trial based on the omission of an instruction in the jury charge. Relator seeks a writ of mandamus directing the trial judge to vacate the order granting a new trial. The order complained of was signed by the Honorable Irene Rios. However, Judge Rios is no longer the presiding judge of the County Court at Law No. 10, Bexar County, Texas.

Pursuant to Rule 7.2(b) of the Texas Rules of Appellate Procedure, we ABATE this proceeding for thirty days from the date of this order to allow the newly appointed judge of the County Court at Law No. 10 to reconsider Judge Rios's July 5, 2013 order that is complained of in this proceeding. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). The trial judge is directed to consider the challenged order and underlying matters and determine whether the challenged order should remain in effect, be modified, or be set aside and render a new order accordingly.

Relators are ORDERED to file in this court either the appropriate motion to dismiss this original proceeding or an amended petition for writ of mandamus and appendix no later than fourteen days following the trial court's ruling on the reconsideration of Judge Rios's July 5, 2013 order.

It is so **ORDERED** on January 15th, 2014.          PER CURIAM

ATTESTED TO: _____
                 Keith E. Hottle
                 Clerk of Court

---

[1] This proceeding arises out of Cause No. 376802, styled *Andrea Collie v. IBEX Staffing Solutions, Inc. and Pronto Insurance*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable Irene Rios presiding.